Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE HUDNELL,<br><br>   Plaintiff,<br><br>v.<br><br>CREDIT MANAGEMENT, LP; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 3:21-cv-01841-GPC-AGS<br><br>**Notice of Settlement of Entire Case** |

  Please take notice that this matter has been settled.  A Joint Motion to Dismiss is anticipated to be filed within sixty (60) days.

DATED:  February 7, 2022    **GOLDEN & CARDONA-LOYA, LLP**

              By: */s/ Cory M. Teed*
              Cory M. Teed
              Attorneys for Plaintiff Candace Hudnell